John Gregory Downing (State Bar No. 157717)
DOWNING LAW OFFICES
10069 West River Street, Suite 6C
Truckee, CA 96161
Tel: (530) 582-9182
Fax: (530) 579-5062
E-mail: john@downinglaw.com

Attorneys for Debtors
FINN HORVE

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

In re:

FINN HORVE

　　　Debtor.

_____

FINN HORVE

　　　Plaintiff,

　　vs.

WELLS FARGO BANK, N.A., and Does 1 through 20, Inclusive,

　　　Defendants.

BK Case No.: 2012-34957-A-13

**COMPLAINT FOR JUDGMENT VOIDING LIEN**

Debtor and Plaintiff FINN HORVE ("Debtor") by and through counsel, alleges as follows:

1. This adversary proceeding is brought pursuant to Rule 7001(2), Federal Rules of Bankruptcy Procedure. This is a core proceeding under 28 USC §157(b)(2)(J). Jurisdiction arises under 8 U.S.C. §1334. Venue arises under 28 U.S.C. §1408.

2. On or about August 15, 2012, Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court, Eastern District of California and was assigned Case Number 12-34957.

3. Debtor owns title to real property located at 12824 Zurich Place, #3, Truckee, California (the "Residence").

4. There is a Second Deed of Trust recorded against the Property on April 8, 2008 as Document 2006-0035208-00 in the Official Records, County of Nevada (the "Lien") securing a loan of approximately $53,000 made by Defendant Wells Fargo Bank , N.A..

5. Plaintiff does not know the true names of defendants DOES 1 through 20, inclusive, and therefore sues them by those fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. On information and belief, some or all of defendants DOES 1 through 20, inclusive, are persons, unknown to Plaintiffs, who are joined and are claiming a right to the Lien.

6. On September 10, 2012, Debtor filed a Motion to Avoid Lien and Value Residence at $315,000 (the "Motion"). Pursuant to the Motion, Debtor sought to value any secured claim based on the Lien at zero (0).

7. On September 24, 2012, the Court entered an Order granting the Motion (the "Order"). As stated in the Order:

"... pursuant to 11 U.S.C. §506(a) the claim of US Bank secured by a second deed of trust recorded against the real property commonly known as 16241 Edinburgh Drive, Truckee, California, is determined to have located at 6952 Grey Lane CA is determined to have a value of $0.00, and the balance of the claim is determined to be an unsecured claim under the confirmed Chapter 13 Plan."

8. On November 15, 2012, an order was entered confirming Debtors' Chapter 13 Plan. Debtor has made all payments required under the Plan and has received his discharge.

**Complaint for Judgment Voiding Lien**
*Horve v. Wells Fargo Bank, N.A.*

9. Pursuant to 11 U.S.C. §506(d) and Rule 7001(2), Federal Rules of Bankruptcy Procedure, Debtor is entitled to a Judgment Voiding the Lien and prays for relief as follows.

## **PRAYER**

(1) A Judgment Voiding the Lien;

(2) For reasonable attorney's fees; and

(3) For such other and further relief as the Court deems appropriate.

Dated: March 14, 2016            DOWNING LAW OFFICES

By: /s/ JG Downing
John G. Downing
Attorneys for Plaintiff FINN HORVE

**Complaint for Judgment Voiding Lien**
*Horve v. Wells Fargo Bank, N.A.*